■ In the Matter of the Claim of SHIRLEY STANG, Respondent, against J. PECHMAN AND C^. INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down February 5, 1959, is amended so as to provide for the dismissal of the claim. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MERRILL, Appellant.— Motion for reargument denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ CHARLES GILBERT et al., as Sole Distributees of the Estate of AUGUSTA C. GILBERT, Deceased, Respondents, v. STATE MUTUAL LIFE ASSURANCE CO., Appellant, and MERCHANTS NATIONAL BANK AND TRUST COMPANY OF SYRACUSE, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ In the Matter of EDWARD V. CLARK et al., Individually and as Trustees of Roseton Common School District No. 5 of the Town of Newburgh, Orange County, et al., Appellants, against JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, and All Other Persons Acting for and on Behalf of said JAMES E. ALLEN, JR., as Commissioner of Education in Connection with the Proposed Consolidation of an Enlarged City School District of the City of Newburgh, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ JOHN W. ROUSE CONSTRUCTION CORPORATION, Respondent, v. ALBANY ACOUSTICAL CORPORATION, Appellant.— Motion for an order vacating the order of this court entered December 8, 1958 granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS HARDIN, Appellant, against J. V. JACKSON, as Warden of Clinton Prison, Respondent. — Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ GEORGE R. STEELE, Respondent, v. CLYDE STRAIGHT, Appellant.— Motion to modify the order of this court entered April 2, 1958 so as to extend the time to file and serve record. Motion to extend time to perfect appeal granted, upon stipulation. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Probate of the Will of BENJAMIN FULLER, Deceased. ELOISE S. DE CLERCQ et al., Appellants; HILDA I. FULLER et al., Respondents.— Decision of this court, handed down February 4, 1959, amended so as to provide that the time of appellants to perfect appeal, file note of issue, and file and serve record and brief be extended to May 15, 1959 and be ready for argument at the June Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WILLIAMS, Appellant, against SUPREME COURT, FIRST DEPARTMENT, COUNTY OF NEW YORK, Respondent.— Motion for reargument denied. Relator's time to perfect his appeal is extended until the September 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ SYDNEY GROSSMAN, Respondent, v. EDWARD V. DE GROFF, JR., et al., Appellants, et al., Defendants.— Motion to dismiss appeals granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.